United States District Court

Eastern District of California

James Lamone Edwards,

     Petitioner,                  No. Civ. S 05-0756 GEB PAN P

 vs.                           Order

Knowles,

     Respondent.

-oOo-

    September 20, 2005, I gave respondent 60 days to respond to the petition filed April 19, 2005.

    The 60 days have passed and respondent has not filed a response.

    Within 20 days after this order is signed respondent shall show cause in writing why sanctions should not be imposed.

    So ordered.

    Dated:  December 13, 2005.

                                       /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge