United States District Court

Eastern District of California

James Lamone Edwards,

      Petitioner,                    No. Civ. S 05-0756 GEB PAN P

  vs.                              Order

Knowles, et al.,

      Respondents.

-oOo-

    September 20, 2005, I directed the Clerk of the Court to serve the April 19, 2005, habeas petition on Jo Graves, Senior Assistant Attorney General for the State of California and gave respondent 60 days to serve and file a response to the petition. December 13, 2005, I directed respondent to explain in writing why he had not complied with the order.  Respondent has not responded to the December 13, 2005, order.

    Having reviewed the record, it appears the Clerk of the Court did not serve the petition or either order on Jo Graves,

Senior Assistant Attorney General for the State of California

    Accordingly, I hereby vacate the December 13, 2005, order. The Clerk of the Court shall forthwith comply with the September 20, 2005, order.

    So ordered.

    Dated:  January 24, 2006.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge