IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LAMONE EDWARDS,

    Petitioner,                          No. CIV S-05-0756 GEB PAN P

    vs.

KNOWLES, et al.,

    Respondents.                      <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 25, 2006, petitioner filed a request for default judgment based on respondents' failure to respond to the court's December 13, 2005 and September 20, 2005 orders. However, on January 25, 2006, the court issued an order vacating the December 13, 2005 order and, noting respondents had not been served with a copy of the September 20, 2005 order, directed the Clerk of the Court to re-serve respondents with same. Thus, respondents' answer is not due until sixty days from January 25, 2006, the date they were first served with the order. Thus, petitioner's motion for default is premature and will be denied.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's January 25, 2006
2 motion for default judgment is denied.
3 DATED: February 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

edwa0756.def