IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LAMONE EDWARDS,

    Petitioner,                    No. CIV S 05-0756 GEB PAN P

    vs.

KNOWLES,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 22, 2006, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within 20 days, why respondent's March 22, 2006, motion to dismiss should not be granted.

DATED: May 17, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

\004\edwa0756.46hc