IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES LAMONE EDWARDS,** | CIV-S-05-0756 GEB PAN (JFM) P |
| Petitioner, | **ORDER** |
| v. | |
| **KNOWLES, et al.,** | |
| Respondents. | |

     Respondents have requested a fifteen-day extension of time in which to file a reply to Petitioner's opposition to Respondents' motion to dismiss. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including July 2, 2006, in which to file a reply to the opposition filed by Petitioner.

DATED: June 15, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; edwa0756.eot